IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MONICA L. MATHEWS,** | 09-CV-6372-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

    Based on the Court's Opinion and Order (# 17 ) issued January 26, 2011, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 27th day of January, 2011.

    /s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT